UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROGER ROACHFORD,<br>　　　Plaintiff,<br>　v.<br><br>SOVEREIGN BANK,<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 12-10168-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF SOVEREIGN BANK, N.A.

Pursuant to Local Rule 7.3, Sovereign Bank, N.A. ("Sovereign") hereby states as follows:

Sovereign is a federally chartered national banking association with a principal office located at 824 North Market Street, Suite 100, Wilmington, Delaware.  Sovereign is a wholly-owned subsidiary of parent corporation Santander Holdings USA, Inc. "SHUSA" (formerly known as Sovereign Bancorp, Inc.), a corporation organized under the laws of the Commonwealth of Virginia.  SHUSA is, in turn, a wholly-owned subsidiary of Banco Santander, S.A., whose shares are publicly traded on the New York Stock Exchange (NYSE: STD) in the form of American Depositary Shares.

　　　　　　　　　　　　　　　　　　　　　SOVEREIGN BANK, N.A.,
　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　 /s/  Jamie L. Kessler
　　　　　　　　　　　　　　　　　　　　　Mary Ellen Manganelli, BBO # 641658
　　　　　　　　　　　　　　　　　　　　　Jamie L. Kessler, BBO # 681867
　　　　　　　　　　　　　　　　　　　　　Bulkley, Richardson and Gelinas, LLP
　　　　　　　　　　　　　　　　　　　　　125 High Street
　　　　　　　　　　　　　　　　　　　　　Oliver Street Tower, 16th Floor
　　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　　Tel: (617) 368-2500
　　　　　　　　　　　　　　　　　　　　　Fax: (617) 368-2525
Dated: February 1, 2012　　　　　　　　　Email: mmanganelli@bulkley.com
　　　　　　　　　　　　　　　　　　　　　　　　　jkessler@bulkley.com

## **CERTIFICATE OF SERVICE**

      I, Jamie L. Kessler, hereby certify that a true and correct copy of the foregoing document was served upon the parties via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on February 1, 2012.

                                               */s/ Jamie L. Kessler*
                                               Jamie L. Kessler